UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION


FOUR SEASONS PRODUCE, INC.                                              :
400 Wabash Road                                                         :
P.O. Box 788                                                            :
Ephrata, Pennsylvania 17522                                             :
                                                                        :
                                                                        :
                         Plaintiff                                      :
                                                                        :
             v.                                                         :          Case No.
                                                                        :
WOODBURN'S FOOD MARKET, INC.                                            :
Route 2 and B Street.                                                   :
Solomons, MD  20688                                                     :
                                                                        :
*Serve On Resident Agent:*                                              :
Thomas F. McKay                                         :
43020 Woodpecker Lane                                                   :
Hollywood, MD 20636                                                     :
                                                                        :
        And                                                            :
                                                                        :
                                                                        :
THOMAS F. MCKAY                                                         :
43020 Woodpecker Lane                                                   :
Hollywood, MD 20636                                                     :
                                                                        :
        And                                                            :
                                                                        :
ELIZABETH D. JOHNSON                                                    :
24675 McIntosh Road.                                                    :
Hollywood, MD 20636                                                     :
                                                                        :
                                                                        :
                         Defendants.                                    :


**COMPLAINT**
**(To Enforce Payment From Produce Trust)**


Four Seasons Produce, Inc. ("plaintiff"), for its complaint against defendants, alleges:

<u>JURISDICTION AND VENUE</u>

1.      Jurisdiction is based on Sections 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(5) (hereafter "the PACA"), 28 U.S.C. § 1331 and 28 U.S.C. § 1332.

2.      Venue in this District is based on 28 U.S.C. § 1391 in that (a) Plaintiff's claim arose in this District and (b) Defendants' principal place of business is in this District.

<u>PARTIES</u>

3.      a.      Plaintiff, Four Seasons Produce, Inc., a Pennsylvania corporation with its principal place of business in Ephrata, Pennsylvania, is engaged in the business of buying and selling wholesale quantities of perishable agricultural commodities (hereafter "produce") in interstate commerce and was licensed as a dealer under PACA.

b.      Defendant, Woodburn's Food Markets, Inc. ("Woodburns"), a Maryland corporation with its principal place of business in Route 2 and B Street, Solomons, Maryland, is engaged in the business of buying wholesale quantities of perishable agriculture commodities (hereafter "produce") in interstate commerce.

c.      Defendant, Thomas F. McKay ("McKay"), was an officer, director and owner of Woodburns during the period of time in question who controlled the day-to-day operations of Defendant Woodburns, and was in a position of control over the PACA trust assets belonging to Plaintiff.

d.      Defendant, Elizabeth D. Johnson ("Johnson"), was an officer, director and owner of Woodburns during the period of time in question who controlled the day-to-day operations of Defendant Woodburns, and was in a position of control over the PACA trust assets belonging to Plaintiff.

## GENERAL ALLEGATIONS

4.      This action is brought to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5(c) of the PACA, 7 U.S.C. § 499e(c).

5.      Between February 25, 2008, and April 14, 2008, Plaintiff sold and delivered to Defendants, in interstate commerce, wholesale amounts of produce worth $18,936.25, of which $18,936.25 which remains unpaid.   An itemized accounts receivable ledger regarding Woodburns' account is attached hereto and incorporated herein as Exhibit 1.

6.      Defendants accepted the produce from Plaintiff.

7.      At the time of receipt of the produce, plaintiff became a beneficiary in a statutory trust designed to assure payment to produce suppliers.  The trust consists of all produce or produce-related assets, including all funds commingled with funds from other sources and all assets procured by such funds, in the possession or control of Defendants since the creation of the trust.

8.      Plaintiff preserved its interest in the PACA trust in the amount of $18,936.25 and remains a beneficiary until full payment is made for the produce.  Invoices regarding the sales are attached hereto and incorporated herein as Exhibit 2. All of the invoices at issue contain the requisite statutory language necessary to preserve Plaintiff's interest in the PACA trust.

9.      Defendants have failed and refused to pay plaintiff as required without explanation, leading Plaintiff to conclude that Defendants are unable to pay Plaintiff for the produce supplied by Plaintiff.

10.      Defendants' failure and refusal to pay Plaintiff indicate that Defendants are failing to maintain sufficient assets in the statutory trust to pay Plaintiff and are dissipating trust assets.

### Count 1

**(Failure to Pay Trust Funds)**

11.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 10 above as if fully set forth herein.

12.    The failure of Defendants to make payment to Plaintiff of trust funds in the amount of $18,936.25 from the statutory trust is a violation of PACA and PACA regulations, and is unlawful.

WHEREFORE, Plaintiff requests an order enforcing payment from the trust by requiring immediate payment of $18,936.25 to Plaintiff.

### Count 2

**(Failure to Pay For Goods Sold)**

13.    Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 12 above as if fully set forth herein.

14.    Defendants failed and refused to pay plaintiff $18,936.25 owed to Plaintiff for produce received by Defendants from Plaintiff.

WHEREFORE, Plaintiff requests judgment in the amount of $18,936.25 against the Defendants, jointly and severally.

### Count 3

**(Unlawful Dissipation of Trust Assets by
a Corporate Official – Thomas F. McKay and Elizabeth D. Johnson)**

15.    Plaintiff incorporates each and every allegation set forth in paragraph 1 to 14 above as if fully set forth herein.

16. Defendants Thomas F. McKay and Elizabeth D. Johnson, were officers, directors and owners, who operated Woodburns during the period of time in question and who was in a position of control over the PACA trust assets belonging to Plaintiff.

17. Defendants Thomas F. McKay and Elizabeth D. Johnson, failed to direct the corporations to fulfill their statutory duties to preserve PACA trust assets and pay Plaintiff for the produce supplied.

18. Defendants Thomas F. McKay and Elizabeth D. Johnson's failure to direct the corporations to maintain PACA trust assets and pay Plaintiff for the produce it supplied was an unlawful dissipation of trust assets by a corporate official.

19. As a result of said unlawful dissipation of trust assets, Plaintiff has been deprived of its rights as a beneficiary in the produce trust and has been denied payment for the produce it supplied.

WHEREFORE, Plaintiff requests judgment against Defendants Thomas F. McKay and Elizabeth D. Johnson, in the amount of $18,936.25.

## Count 4

**(Breach of Contract-Personal Guaranty Thomas F. McKay and Elizabeth D. Johnson)**

20. Plaintiff incorporates each and every allegation set forth in paragraph 1 to 19 above as if fully set forth herein.

21. That attached hereto is a copy of the Guaranty executed by the Defendants Thomas F. McKay and Elizabeth D. Johnson on April 2, 2007.  The Guaranty is marked Exhibit 4 and incorporated herein by reference.

22. The Guaranty provides for an action against Defendants Thomas F. McKay and Elizabeth D. Johnson, after default of Defendant Woodburns on its obligations to Plaintiff. Defendant Woodburns is in default on its obligations to Plaintiff.

WHEREFORE, Plaintiff requests judgment against Defendants Thomas F. McKay and Elizabeth D. Johnson, in the amount of $18,936.25.

### Count 5

#### (Interest and Attorney's Fees)

23. Plaintiff incorporates each and every allegation set forth in paragraphs 1 to 22 above as if fully set forth herein.

24. As a result of Defendants' failure to make full payment promptly of $18,936.25, Plaintiff has lost the use of said money.

25. As a further result of Defendants' failure to make full payment promptly of $18,936.25, Plaintiff has been required to pay attorney's fees and costs in order to bring this action to require Defendants to comply with their statutory duties.

WHEREFORE, Plaintiff requests judgment against the Defendants for prejudgment interest, costs and attorneys fees.

Dated this 12th day of August, 2008.

Respectfully submitted,

FOUR SEASONS PRODUCE, INC.

s/Benjamin F. Riggs, Jr.
Benjamin F. Riggs, Jr.
Bar No. 7514
400 Wabash Road
P.O. Box 788
Ephrata, Pennsylvania 17522
(717) 721-2717
Attorney for Plaintiff